UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JUAN F. HERNANDEZ, on behalf of himself, and other similarly situated employees, | Case No. 17 cv 120 (JLC) |
| Plaintiff, | |
| -against- | USDC SDNY |
| FRUITS, PROD. & GROC. CORP. d/b/a ASSOCIATED SUPERMARKET, PABLO ESPINAL, and GLADYS M. ESPINAL, | DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/8/17 |
| Defendants. | |

---

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

The District Court shall retain jurisdiction to enforce the parties' settlement.

Dated: New York, New York
September 6, 2017

For the Plaintiffs:
CILENTI & COOPER, PLLC

By:_____
Peter Cooper, Esq.
Attorneys for Plaintiffs

For the Defendants:
HOROWITZ LAW GROUP, LLC

By:_____
Steven B. Horowitz, Esq.
Attorneys for Defendants

Case 1:17-cv-00120-JLC   Document 31   Filed 09/08/17   Page 2 of 2

Case 1:17-cv-00120-JLC   Document 29-2   Filed 09/06/17   Page 3 of 3

So Ordered:

_____
(U.S.M.J.)
9/8/17